## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

S.B.

      **Plaintiff,**

v.

**MECHANICSVILLE
APARTMENTS PHASE 4, L.P.**

**and**

**COLUMBIA RESIDENTIAL, LLC;**

**and**

**HOUSING AUTHORITY OF THE
CITY OF ATLANTA,**

      **Defendants.**

**Civil Action No. 1:18-cv-03236-TWT**

### PLAINTIFF'S APPLICATION FOR REASONABLE COSTS

Pursuant to this Court's Order [Doc 77], Plaintiff S.B. moves the Court to approve the amount of her reasonable attorney fees necessary to pursue discovery responses from Defendant Residential and prepare her Motion to Compel. Plaintiff attaches her Brief in Support of her Application.

Respectfully submitted this 1ˢᵗ day of April, 2019.

|                                    | */s/* **Wingo F. Smith**              |
|                                    | Charles R. Bliss                      |
|                                    | GA Bar No. 063385                     |
|                                    | crbliss@atlantalegalaid.org           |
|                                    | Anne E. Carder                        |
|                                    | GA Bar No. 094686                     |
| **ATLANTA LEGAL AID SOCIETY**      | aecarder@atlantalegalaid.org          |
| 54 Ellis St., NE                   | Miriam Gutman                         |
| Atlanta, GA 30312                  | GA Bar No. 170768                     |
| Tel. (404) 614-3982                | mgutman@atlantalegalaid.org           |
| Fax (404) 614-3997                 | Wingo F. Smith                        |
|                                    | GA Bar No. 147896                     |
| *Counsel for Plaintiff S.B.*       | wfsmith@atlantalegalaid.org           |

## CERTIFICATE OF COMPLIANCE WITH LR 5.1

I hereby certify that the foregoing document is written in 14 point Times

New Roman font in accordance with Local Rule 5.1.

/s/ Wingo F. Smith

Wingo F. Smith

Georgia Bar No. 147896

ATLANTA LEGAL AID SOCIETY

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2019, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

/s/ *Wingo F. Smith*
Wingo F. Smith
Georgia Bar No. 147896
wfsmith@atlantalegalaid.org
**ATLANTA LEGAL AID SOCIETY, INC.**

*Counsel for Plaintiff*