# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

|  |  |
|---|---|
| S.B.<br>      **Plaintiff,**<br><br>v.<br><br>**MECHANICSVILLE<br>APARTMENTS PHASE 4, L.P.**<br><br>**and**<br><br>**COLUMBIA RESIDENTIAL, LLC;**<br><br>**and**<br><br>**HOUSING AUTHORITY OF THE<br>CITY OF ATLANTA,**<br><br>      **Defendants.** | **Civil Action No. 1:18-cv-03236-TWT** |

**Affidavit of Wingo Smith**

1. I certify that I am counsel for Plaintiff, S.B., in the above-styled matter.

2. I have been licensed in the state of Georgia and a practicing attorney since November 2008. I have been admitted and litigated in the Northern District since 2011 and have litigated cases in Georgia state courts since passing the bar.

3.     The prevailing rate for attorneys of similar experience practicing in my field

is $450.00.

4.     During my representation of S.B., I have kept contemporaneous time of my

work.

5.     In total, I spent over 45 hours pursuing late discovery responses from

Defendant Columbia Residential. My co-counsel spent over 16 hours in

consultation with me on pursuing discovery in this case.

6.     I am only requesting 26.9 hours of my time. I have prepared a true and

accurate billing statement, which is attached as Exhibit B.

7.     In my request, I have exercised reasonable billing judgment and excised the

time spent consulting co-counsel except in a few key instances in which I

received material edits to briefing and in my preparations for the hearing on

Plaintiff's motion to compel.

8.     In addition, Plaintiff's counsel has not requested the over 16 hours spent by

co-counsel in their consultation with me or review of the motion to compel

and discovery responses that Defendant failed to provide.

Executed on April 1, 2019.

*/s/ **Wingo F. Smith***
Wingo F. Smith
Attorney for Plaintiff