Exhibit B - Billing Records for Counsel

| Date | Activity | Time Spent |
|---|---|---|
| 3/15/2019 | Attended and argued hearing on motion to compel | 0.6 |
| 3/13/2019 | Created index for supplemental discovery to determine what discovery is outstanding | 0.9 |
| 3/13/2019 | Reviewed reply brief, printed and organized pleadings and case law for notebook in preparation for argument | 0.7 |
| 3/11/2019 | Drafted timeline of discovery responses | 0.4 |
| 2/25/2019 | Reviewed fair housing complaints in second supplemental discovery | 1.1 |
| 2/14/2019 | Reviewed new supplemental documents; emailed co-counsel | 0.4 |
| 2/14/2019 | Corrected citations to ECF in document; filed with court | 0.3 |
| 2/14/2019 | Made small edits to reply brief, printed for further editing of grammar and spelling | 0.3 |
| 2/13/2019 | Finished reply brief; emailed to co-counsel for comment and review | 1.8 |
| 2/12/2019 | Draft introduction and section on reasonable costs. | 0.5 |
| 2/12/2019 | Completed outline of reply brief and reviewed Defendant's supplemental answers to discovery | 0.8 |
| 2/12/2019 | Began outlining reply brief | 0.6 |
| 1/22/2019 | Read Columbia Residential's response to motion to compel | 0.2 |
| 1/22/2019 | Emailed Defendant's counsel regarding supplemental discovery and response to our motion | 0.4 |

| Date | Description | Hours |
|---|---|---|
| 1/17/2019 | Reviewed supplemental discovery from Columbia Residential | 1.0 |
| 1/17/2019 | Phone call with Defendant's counsel regarding supplemental discovery | 0.1 |
| 12/21/2018 | Inserted facts in brief regarding failure to disclose witnesses; edited argument on other fair housing complaints | 1.1 |
| 12/20/2018 | Made additional edits to brief. Drafted motion to exceed page limitations | 0.7 |
| 12/20/2018 | Completed edits to brief in support based on comments from co-counsel; Sent motion, brief, and affidavit to co-counsel for final review | 2.0 |
| 12/19/2018 | Reviewed comments from co-counsel and made edits based on comments I received. | 0.1 |
| 12/12/2018 | Made additional edits to motion to compel | 0.4 |
| 12/11/2018 | Completed draft of brief in support; emailed co-counsel for comment | 0.6 |
| 12/11/2018 | Continued edits on brief in support; worked on requests in sections F (formerly G) and E (management agreements) | 1.1 |
| 12/11/2018 | Phone call with Defendant's counsel regarding proposed accommodation for SB, Settlement, and Discovery | 0.5 |
| 12/10/2018 | Finished Section A (witnesses, insurance) for brief in support | 1.1 |
| 12/10/2018 | Drafted section concerning "basic" information re: Witnesses and Initial Disclosures | 1.2 |
| 12/10/2018 | Reviewed introduction to brief in support | 0.1 |
| 12/10/2018 | Drafted Plaintiff's limitation in Section B - documents related to reasonable accommodation and eviction | 0.2 |

| Date | Description | Hours |
|---|---|---|
| 12/6/2018 | Made structural edits to the brief in support. Emailed co-counsel | 1.4 |
| 12/5/2018 | Finished first round of edits to the brief in support introduction | 0.5 |
| 12/4/2018 | Corrected citation in motion and emailed co-counsel re: LR 37's requirements as to form | 0.2 |
| 12/4/2018 | Made changes to the affidavit in support of the motion to compel | 0.3 |
| 12/4/2018 | Reviewed communications that I had in my notes, emails, and letters for affidavit for motion to compel | 0.4 |
| 12/3/2018 | Made edits to motion to compel | 0.8 |
| 11/28/2018 | Discussed rule 37 letter with co-counsel | 0.3 |
| 11/28/2018 | Phone call with Defendant's counsel | 0.1 |
| 11/27/2018 | Drafted second rule 37 letter to Defendant's counsel | 1.9 |
| 11/9/2018 | Emailed Defendant's counsel regarding missing policies in documents produced. | 0.2 |
| 11/5/2018 | Sent rule 37 letter to Defendant's counsel | 0.2 |
| 11/5/2018 | Made revisions to rule 37 letter to Defendant's counsel. | 0.6 |
| 11/5/2018 | Drafted rule 37 letter; emailed co-counsel | 0.5 |
| 11/5/2018 | Phone call to Defendant's counsel – no answer, left message regarding formal communication about an accommodation; production of documents | 0.1 |
| 10/19/2018 | Phone call w/Defendant's counsel regarding reasonable accommodation and production of discovery | 0.2 |

**Total hours: 26.9**